IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
In re:                                                    :    Chapter 7
                                                          :
UNIVITA HEALTH INC.,[1]                                   :    Case No. _____
                                                          :
       Debtor.                                            :
--------------------------------------------------------- x

## DEBTOR'S LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") states that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name and Address | Percentage of Interest Held |
|---|---|
| Univita Health Holdings Corp.<br>15800 SW 25th Street<br>Miramar, Florida 33027 | 100% Direct Interest |
| Univita Holdings LLC<br>15800 SW 25th Street<br>Miramar, Florida 33027 | 100% Indirect Interest |
| GenVita LLC<br>Four Embarcadero Center<br>Suite 1900<br>San Francisco, CA 94111 | 89.8% Indirect Interest |

I, Jack S. Greenman, Chief Financial Officer of the Debtor declare under penalty of perjury that I have reviewed the above Debtor's List of Equity Security Holders and Statement

---

[1] The last four digits of the Debtor's federal tax identification number are 8546. The address for the Debtor is 15800 SW 25th Street, Miramar, Florida 33017.

SF\5951868.1                                                                              3

of Corporate Ownership and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated as of August 28, 2015

/s/ Jack S. Greenman
Jack S. Greenman, Chief Financial Officer