**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11786 (MFW) |
| In re:<br><br>UNIVITA HEALTH HOLDINGS CORP.,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11787 (MFW) |
| In re:<br><br>UNIVITA HEALTH INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11788 (MFW) |
| In re:<br><br>UNIVITA HOMECARE HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11789 (MFW) |
| In re:<br><br>UNIVITA HOMECARE SOLUTIONS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11790 (MFW) |
| In re:<br><br>UNIVITA OF FLORIDA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11791 (MFW) |

| | |
|---|---|
| In re:<br><br>UNIVITA HEALTH SYSTEMS HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11792 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11793 (KJC) |
| In re:<br><br>UNIVITA OF GEORGIA LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11794 (MFW) |
| In re:<br><br>UNIVITA OF TENNESSEE, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11795 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS OF GEORGIA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11796 (MFW) |
| In re:<br><br>ALL-MED MANAGEMENT SYSTEMS OF NEW YORK INDEPENDENT PRACTICE ASSOCIATION, INCORPORATED,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-11797 (MFW) |

**AFFIDAVIT OF DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, IN SUPPORT OF MOTION FOR JOINT ADMINSTRATION OF RELATED CHAPTER 7 CASES**

David W. Carickhoff, the chapter 7 trustee for the estates of the above-captioned debtors[1], on his oath, deposes and says:

1. The Debtors filed petitions for relief under chapter 7 of the Bankruptcy Code on August 28, 2015.

2. I have been appointed as chapter 7 trustee in each of the Debtors' chapter 7 cases.

3. The section 341(a) meeting of creditors is scheduled for September 25, 2015.

4. The Debtors' companies (a) held third party administrator licenses; (b) provided services to the long term care insurance industry; (c) provided nursing case management services; (d) provided home healthcare management services; (e) provided durable medical equipment services; (f) provided oxygen and respiratory therapy; (g) provided healthcare utilization management services; (h) conducted medical claim adjudications; (i) provided drug and infusion therapy services; (j) provided in-home nursing services; and (k) provided administrative services to health plans in New York.

5. I anticipate numerous notices, applications, motions, other pleadings, hearings, and orders in these cases that will affect all of the Debtors.

6. The failure to administer these cases jointly would result in numerous duplicative pleadings filed for each issue and served upon separate service lists. Such duplication of substantially identical documents would be extremely wasteful and would unnecessarily overburden the Clerk of this Court (the "Clerk") with the volume of paper.

---

[1]The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).

7. Joint administration will permit the Clerk to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.

8. Joint administration also will protect parties in interest by ensuring that such parties in interest in each of the Debtors' respective chapter 7 cases will be apprised of the various matters before the Court in all of the cases.

DAVID W. CARICKHOFF

Sworn and subscribed to before me this 15th day of September, 2015.

Notary Public

112968177v1