# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11786 (MFW) |
| In re:<br><br>UNIVITA HEALTH HOLDINGS CORP.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11787 (MFW) |
| In re:<br><br>UNIVITA HEALTH INC.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11788 (MFW) |
| In re:<br><br>UNIVITA HOMECARE HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11789 (MFW) |
| In re:<br><br>UNIVITA HOMECARE SOLUTIONS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11790 (MFW) |
| In re:<br><br>UNIVITA OF FLORIDA, INC.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 15-11791 (MFW) |

| | |
|---|---|
| In re: <br><br> UNIVITA HEALTH SYSTEMS HOLDINGS, LLC, <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11792 (MFW) |
| In re: <br><br> UNIVITA HEALTHCARE SOLUTIONS LLC, <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11793 (KJC) |
| In re: <br><br> UNIVITA OF GEORGIA LLC, <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11794 (MFW) |
| In re: <br><br> UNIVITA OF TENNESSEE, INC., <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11795 (MFW) |
| In re: <br><br> UNIVITA HEALTHCARE SOLUTIONS OF GEORGIA, INC., <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11796 (MFW) |
| In re: <br><br> ALL-MED MANAGEMENT SYSTEMS OF NEW YORK INDEPENDENT PRACTICE ASSOCIATION, INCORPORATED, <br><br>        Debtor. | Chapter 7 <br><br> Case No. 15-11797 (MFW) |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION OF DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, AND 721 AUTHORIZING THE CHAPTER 7 TRUSTEE (A) TO OPERATE THE DEBTORS' BUSINESS ON A LIMITED BASIS EFFECTIVE AS OF THE PETITION DATE FOR THE SOLE PURPOSE OF EMPLOYING CERTAIN OF THE DEBTORS' FORMER EMPLOYEES AND OTHER NON-PROFESSIONALS AS INDEPENDENT CONTRACTORS AND TO PAY FOR SERVICES TO ASSIST IN THE LIQUIDATION OF THE DEBTORS' ASSETS AND ADMINISTRATION OF THESE CHAPTER 7 CASES; AND (B) FOR RELATED RELIEF**

Upon the motion (the "Motion to Shorten") of David W. Carickhoff, the Chapter 7 Trustee (the "Chapter 7 Trustee") seeking an order to shorten notice of the hearing on, and deadline to respond to the **Motion of David W. Carickhoff, Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee (A) to Operate the Debtors' Business on a Limited Basis Effective as of the Petition Date for the Sole Purpose of Employing Certain of the Debtors' Former Employees and Other Non-Professionals as Independent Contractors and to Pay for Services to Assist in the Liquidation of the Debtors' Assets and Administration of these Chapter 7 cases; and (B) for Related Relief** (the "Employment Motion")[1]; and the Court having determined that the relief requested in the Motion to Shorten is appropriate; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.  The Motion to Shorten is granted.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Employment Motion.

2. The Employment Motion shall be heard on September 23, 2015 at 2:00 p.m. (ET).

3. Any objection or response to the Employment Motion shall be made no later than September 21, 2015 at 12:00 noon (ET).

Dated: September 16, 2015  
Wilmington, Delaware

_____  
The Honorable Mary F. Walrath  
United States Bankruptcy Judge

112974408v1