# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> UNIVITA HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11786 (MFW) |
| In re: <br><br> UNIVITA HEALTH HOLDINGS CORP., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11787 (MFW) |
| In re: <br><br> UNIVITA HEALTH INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11788 (MFW) |
| In re: <br><br> UNIVITA HOMECARE HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11789 (MFW) |
| In re: <br><br> UNIVITA HOMECARE SOLUTIONS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11790 (MFW) |
| In re: <br><br> UNIVITA OF FLORIDA, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11791 (MFW) |

| | |
|---|---|
| In re:<br><br>UNIVITA HEALTH SYSTEMS HOLDINGS, LLC,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11792 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS LLC,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11793 (KJC) |
| In re:<br><br>UNIVITA OF GEORGIA LLC,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11794 (MFW) |
| In re:<br><br>UNIVITA OF TENNESSEE, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11795 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS OF GEORGIA, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11796 (MFW) |
| In re:<br><br>ALL-MED MANAGEMENT SYSTEMS OF NEW YORK INDEPENDENT PRACTICE ASSOCIATION, INCORPORATED,<br><br>            Debtor. | Chapter 7<br><br>Case No. 15-11797 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 23, 2015 @ 2:00 PM[1]**

**UNCONTESTED MATTERS GOING FORWARD:**

1. Motion of David W. Carickhoff, Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee (A) to Operate the Debtors' Business on a Limited Basis Effective as of the Petition Date for the Sole Purpose of Employing Certain of the Debtors' Former Employees and Other Non-Professionals as Independent Contractors and to Pay for Services to Assist in the Liquidation of the Debtors' Assets and Administration of these Chapter 7 Cases; and (B) for Related Relief (Filed September 15, 2015)(Docket No. 16)

    Response Deadline:   September 21, 2015

    Response Received:   None to date

    Related Documents:

    A. Motion to Shorten Time for Motion of David W. Carickhoff, Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee (A) to Operate the Debtors' Business on a Limited Basis Effective as of the Petition Date for the Sole Purpose of Employing Certain of the Debtors' Former Employees and Other Non-Professionals as Independent Contractors and to Pay for Services to Assist in the Liquidation of the Debtors' Assets and Administration of these Chapter 7 Cases; and (B) for Related Relief (Filed September 16, 2015)(Docket No. 17)

    B. Order Granting Motion to Shorten Time (Entered September 16, 2015)(Docket No. 19)

    C. Certificate of No Objection – To Be Submitted if No Objections Received

    D. Proposed Order

    Status: This matter is going forward.

**STATUS CONFERENCE:**

2. Status Conference for Univita Holdings, LLC et al.

    Status: This matter is going forward at the request of the Court.

---

[1] Parties unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov ) by contacting Court Call at 1-866-582-6878 and providing written notice to the Chapter 7 Trustee's counsel.

Dated: September 18, 2015  　　　　By:    /s/ *Jennifer L. Dering*
      Wilmington, Delaware  　　　　　　　　Jennifer L. Dering (No. 4918)
                                                  ARCHER & GREINER
                                                  A Professional Corporation
                                                  300 Delaware Ave., Suite 1370
                                                  Wilmington, DE 19801
                                                  Telephone (302) 777-4350
                                                  Facsimile (302) 777-4352
                                                  Email  jdering@archerlaw.com

                                                  Proposed Counsel for David W. Carickhoff,
                                                  Ch. 7 Trustee

113016814v1