# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> UNIVITA HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11786 (MFW) |
| In re: <br><br> UNIVITA HEALTH HOLDINGS CORP., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11787 (MFW) |
| In re: <br><br> UNIVITA HEALTH INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11788 (MFW) |
| In re: <br><br> UNIVITA HOMECARE HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11789 (MFW) |
| In re: <br><br> UNIVITA HOMECARE SOLUTIONS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11790 (MFW) |
| In re: <br><br> UNIVITA OF FLORIDA, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 15-11791 (MFW) |

| | |
|---|---|
| In re:<br><br>UNIVITA HEALTH SYSTEMS HOLDINGS, LLC,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11792 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS LLC,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11793 (KJC) |
| In re:<br><br>UNIVITA OF GEORGIA LLC,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11794 (MFW) |
| In re:<br><br>UNIVITA OF TENNESSEE, INC.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11795 (MFW) |
| In re:<br><br>UNIVITA HEALTHCARE SOLUTIONS OF GEORGIA, INC.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11796 (MFW) |
| In re:<br><br>ALL-MED MANAGEMENT SYSTEMS OF NEW YORK INDEPENDENT PRACTICE ASSOCIATION, INCORPORATED,<br><br>              Debtor. | Chapter 7<br><br>Case No. 15-11797 (MFW)<br><br>*NO HEARING REQUIRED PURSUANT TO Del. Bankr. LR 1015-1* |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF DEBTORS' CHAPTER 7 CASES

This matter coming before the Court on the Motion of the Chapter 7 Trustee[1] for an Order Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of the above-captioned Chapter 7 Cases (the "Motion"); the Court having reviewed the Motion and the Affidavit of David W. Carickhoff in Support of the Motion; the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409; that this is a core proceeding pursuant to 28 U.S.C. §157(b) and (d); and notice of this Motion having been sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above captioned Chapter 7 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

3. The caption of the jointly administered Chapter 7 Cases shall read as follows (footnote included):

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 7 |
|---|---|
| UNIVITA HOLDINGS LLC, et al.[2], | Case No. 15-11786 (MFW) (Jointly Administered) |
| Debtors. | |

4. No party shall be required to list any further information in the caption beyond that set forth above in documents filed in these Chapter 7 Cases.

5. All original docket entries shall be made in the case Univita Holdings LLC, *et al.*, Case No. 15-11786 (MFW), and the Clerk of this Court is directed to forthwith make a separate docket entry in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 Cases commenced by Univita Holdings LLC and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 15-11786 (MFW).

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these Chapter 7 Cases.

---

[2] The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).

7.  The Chapter 7 Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 23, 2015
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

112968143v1